1  YOUR NAME  Donald G. Loomis
   YOUR ADDRESS  12181 Brixton Court Moreno Valley, California 92557-6845
2  YOUR TELEPHONE NUMBER  951-247-3828

FILED
2008 JUL 29 PM 2:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

'08 CV 1367 J JMA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Donald G Loomis                     )
                                    )
                                    )
                                    )
         -v-                        )   Case No._____
The United States of America, The US)   (To be assigned at time of filing)
Department of Defense, The Defense  )
Commissary Agency.                  )
                                    )
                                    )   COMPLAINT FOR (Brief description of document)
_____)

Plaintiff alleges:

The morning of January 18, 2006, Miss Ponsietta Lynch did willfully, and maliciously engage in an act of Intentional inflection of severe emotional distress against me, Donald G. Loomis, while on the job and an employee of the Defense Commissary Agency, The US Department of Defense, and the United States of America.

I was also on the job and an employee of the Defense Commissary Agency, the US Department of Defense and the United States of America.

this act of Intentional inflection of severe emotional distress has resulted in an exacerbation of a previously existing condition to the point whereby I can no longer be employed and have suffered severe emotional damage in excess of Two Million Dollars.

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

*[signature]*

*claim I have submitted under Federal Tort Claims Act. I wish similar under EEOC rules*

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

**FORM APPROVED OMB NO. 1105-0008**

**1. Submit To Appropriate Federal Agency:**
Defense Commissary Agency
c/o March ARB Commissary
15150 6th Street
Riverside, Ca. 92518

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
Donald Loomis
12181 Brixton Ct.
Moreno Valley, Ca. 92557

**3. TYPE OF EMPLOYMENT:** [X] CIVILIAN
**4. DATE OF BIRTH:** 09-09-1945
**5. MARITAL STATUS:** S/divorced
**6. DATE AND DAY OF ACCIDENT:** Jan 18 2006
**7. TIME (A.M. or P.M.):** 0700-0800

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

see Attachment 1. The basis is premeditated, willful, malicious intentional infliction of severe emotional distress resulting in permanent 100% disability & loss of employment. see attachments, witness statements, Dr Neseman stuff.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Personal humiliation in public. severe depression. Severe anxiety/panic attacks, nightmares, extreme difficulty sleeping. Fear. Suicidal Ideation, Homicidal Ideation. Loss of enjoyment of life. Complete loss of work & ability to work.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Madeline Stroud | March ARB, 15150 6th St. Riverside Ca. 92518 |
| Elvira McClain | " |
| Andrea Walker | " |
| Sherri Ashby | 24511 Bval Ave Moreno Valley, Ca. 92551 |

**12.** (See instructions on reverse) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | 2,043,620.00 | | 2,043,670.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.)
*[signature] Donald R. Loomis*

**13b. Phone number of signatory:** 951-247-3828
**14. DATE OF CLAIM:** 4-May-2007

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-109
Previous editions not usable.
Designed using Perform Pro. WHS/DIOR, Jun 98

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| | |
|---|---:|
| 10 years pay, this don't include the step increase stuff | 393,670.00 |
| damages for previous (before filing claim), ongoing & future depression | 200,000.00 |
| damage for previous, ongoing, & future anxiety/panic attacks | 200,000.00 |
| damage from public humiliation in workplace | 150,000.00 |
| damage for previous, ongoing & future nightmares | 100,000.00 |
| damage for losing employment now & in future | 500,000.00 |
| damage for loss of enjoyment of life previous, ongoing & in future | 500,000.00 |
| Sum Certain Total | 2,043,670.00 |

*[signature]*

# Progress Note

Printed On Jun 02, 2008

```
        AUTHOR: NESSMAN,DONALD G       EXP COSIGNER:
       URGENCY:                        STATUS: COMPLETED
```

Vet att ptsd 12 step grp(90853) for the tx of 309.81 with 11 other VN combat vets.  Ve approp in the grp.  He is working on more effectively applying the 12 step approach to of ptsd as they impact his daily life and relationships.  He also provides aupport and members in their personal struggles with ptsd.  One grp member rtn from an extended tı Cambodia.  His ptsd was severely triggered in Cambodia by the heat/humidity, sights of seeing amputee survivors as well as rice paddies, water buffalo, etc.  Had to withdraw and relied on his meds.  Grp empathized with vet's cautionary tale.  Another vet dealt emotional numbing.  Two members dealt with wife related situations.  All members checł close of grp.     Plan: con to meet with ptsd 12 step grp weekly.  Vet may have a copy

/es/ DONALD G NESSMAN PhD
Staff Psychologist
Signed: 05/29/2008 17:51

```
   LOCAL TITLE: BHOST/INDIVIDUAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
   DATE OF NOTE: MAY 29, 2008@17:23      ENTRY DATE: MAY 29, 2008@17:23:46
         AUTHOR: NESSMAN,DONALD G       EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED
```

Met with vet for indiv therapy(90808) and group therapy(90853) for the tx of 309.81.  Mr Loomis is under my care for chronic post-traumatic stress disorder (309.81)  He was initially under my care beginning in 1991 and returned to my care on 3/21/05 for treatment of ptsd caused by his service as a highly decorated helicopter pilot in the Vietnam War.  However, his ptsd was severely exacerbated by the 1/18/06 incident at the March ARB commissary.
He is totally and permanently disabled and unemployable due to severe symptoms of post-traumatic stress disorder.  His prognosis is guarded with continued treatment by indiv therapy, group therapy and medication.  Without treatment, his prognosis is poor.  Mr Loomis will not be able to return to work in any capacity.
Plan: continue to meet with vet fro indiv therapy and weekly group therapy.  Vet may have a copy of this note.

/es/ DONALD G NESSMAN PhD
Staff Psychologist
Signed: 05/29/2008 17:38

```
   LOCAL TITLE: SURG/OPTOM/CLINIC VISIT NOTE
STANDARD TITLE: SURGERY OUTPATIENT NOTE
   DATE OF NOTE: MAY 29, 2008@14:03      ENTRY DATE: MAY 29, 2008@14:03:33
         AUTHOR: KAMIYAMA,RICHARD       EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

LOOMIS, DONALD
12181 BRIXTON CT
MORENO VALLEY, CALIFORNIA  92553
536445919

Printed at LOMA LINDA VAMC

**%JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Donald G Loomis
12181 Brixton court Moreno valley Ca. 92557

**(b)** County of Residence of First Listed Plaintiff  **Riverside**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
United States of America, US Department of Defense, Defense Commissary Agency.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED
2008 JUL 29 PM 2:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 CV 1367 J JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal tort Claims act  28 USC 2680

Brief description of cause:
Intentional infliction of severe emotional distress

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 2,043,670.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____     DOCKET NUMBER _____

DATE: 07/29/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____