**PLAINTIFF/PETITIONER/MOVANT'S NAME** Donald G. Loomis

**PRISON NUMBER**

**PLACE OF CONFINEMENT**

**ADDRESS** 12181 Brixton Court Moreno Valley, Ca. 92557

FILED
JUL 29 PM 2:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

'08 CV 1367 J JMA

Donald G. Loomis
Plaintiff/Petitioner/Movant

v.

United States of America,
Does, Deca
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated?    Yes    **No**    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?              Yes    No
   Do you receive any payment from the institution?   Yes    No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   April 9 2007    40,000    Defense Commissary Agency
   15 101 6th Street
   Riverside Ca.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment        Yes   (No)
   b. Rent payments, royalties interest or dividends       Yes   (No)
   c. Pensions, annuities or life insurance                (Yes)  No   1300/mo early retirement
   d. Disability or workers compensation                   (Yes)  No   50% from VA 750.00
   e. Social Security, disability or other welfare         Yes   (No)
   e. Gifts or inheritances                                Yes   (No)
   f. Spousal or child support                             Yes   (No)
   g. Any other sources                                    Yes   (No)
                                                           Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____
   _____

4. Do you have any checking account(s)?   (Yes)   No
   a. Name(s) and address(es) of bank(s): Washington Mutual Bank, Moreno Valley Ca.
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   (Yes)   No
   a. Make: Jeep      Year: 1995    Model: Grand Cherokee
   b. Is it financed?   Yes   (No)
   c. If so, what is the amount owed?
      0

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   (Yes)   No
   If "Yes" describe the property and state its value. My Home Market 300,000 assessed 164,000

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. myself

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Sears CC — owe 30         Visa CC owe 950
   Master card — owe 0
   Amex CC owe 8,000

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): none

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

29-July-08
DATE

[signature]
SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)           -3-           ODMA\PCDOCS\WORDPERFECT\228351\1