# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. LOOMIS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08 CV 1367 JM (JMA)<br><br>**ORDER DENYING MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>** |

Plaintiff, a non-prisoner proceeding <u>pro se</u>, moves to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. In his declaration, Plaintiff states that he was last employed on April 9, 2007; receives $1,300 per month in "early retirement" pay, half of which comes from the VA; has a checking account at Washington Mutual Bank; has no dependents; owns a 1995 Jeep Grand Cherokee; and owns a home with an assessment value of $169,000 and a market value of $300,000. He has no other significant assets. He lists two debts: $3,000 on his American Express credit card and $950 on his Visa credit card. Based on Plaintiff's declaration, the court finds that Plaintiff can pay the filing fee. <u>See</u> 28 U.S.C. § 1915(a)(1). Accordingly, the court **DENIES** Plaintiff's motion to proceed IFP.

**IT IS SO ORDERED.**

DATED: August 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge