# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DONALD G. LOOMIS

          V.

UNITED STATES OF AMERICA et al.,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   08 CV 1367 JM (JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court dismisses the action without prejudice................................................................................

| May 20, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON May 20, 2009

08 CV 1367 JM (JMA)